| | |
|---|---|
| PENELOPE A. PREOVOLOS (CA SBN 87607) <br> (PPreovolos@mofo.com) <br> ANDREW D. MUHLBACH (CA SBN 175694) <br> (AMuhlbach@mofo.com) <br> STUART C. PLUNKETT (CA SBN 187971) <br> (SPlunkett@mofo.com) <br> HEATHER A. MOSER (CA SBN 212686) <br> (HMoser@mofo.com) <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California  94105-2482 <br> Telephone: 415.268.7000 <br> Facsimile: 415.268.7522 <br><br> Attorneys for Defendant <br> APPLE INC. | ***E-FILED - 5/31/11*** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re Apple and AT&T iPad Unlimited Data Plan Litigation <br><br> ALL CONSOLIDATED ACTIONS | Case Nos.  5:10-cv-02553 RMW <br><br> **CLASS ACTION** <br><br> **STIPULATION AND [] ORDER FOR CONSOLIDATION** <br><br> The Hon. Ronald M. Whyte <br><br> Master Consolidated Complaint filed: December 10, 2010 |

1  WHEREAS, *Weisblatt et. al v. Apple Inc. et al.* (N.D. Cal. Case No. 5:10-cv-02553-
2  RMW) (the "*Weisblatt*" action) was filed on June 9, 2010;

3  WHEREAS, *Logan v. Apple Inc. et. al.* (N. D. Cal. Case No. 5:10-cv-02588-RMW) (the
4  "*Logan*" action) was filed on June 11, 2010;

5  WHEREAS, *Osetek v. Apple Inc.* (N.D. Cal. Case No. 5:10-cv-04253-RMW) (the
6  "*Osetek*" action) was filed on September 20, 2010;

7  WHEREAS, on December 15, 2010, this Court entered an Order consolidating the
8  *Weisblatt*, *Logan*, and *Osetek* actions for all purposes pursuant to Federal Rule of Civil Procedure
9  42 (ECF No. 66);

10  WHEREAS, on January 25, 2011, this Court entered Case Management Order No. 1,
11  which "govern[s] and control[s] all procedures and proceedings in the…consolidated actions and
12  any related actions which may be made part of these consolidated proceedings."  (ECF No. 79)
13  ("CMO No. 1");

14  WHEREAS, Plaintiff Aaron Friedman filed *Friedman v. Apple Inc. et al.* (the "*Friedman*
15  action") on November 22, 2010 in the Southern District of California;

16  WHEREAS, the *Friedman* action was assigned to Judge Sammartino as Case No. 3:10-
17  cv-02403-JSL-POR.

18  WHEREAS, the *Friedman* action raises factual and legal issues similar to those raised in
19  the above-captioned consolidated action, against the same defendants on behalf of overlapping
20  putative classes;

21  WHEREAS, in light of the similarity of factual and legal issues, plaintiff Friedman and
22  Apple filed a Joint Motion to Transfer the *Friedman* action to the Northern District of California;

23  WHEREAS, on April 18, 2011, Judge Sammartino granted the parties' Joint Motion to
24  Transfer, and ordered the *Friedman* action to be transferred to the San Jose Division of the United
25  States District Court for the Northern District of California to be coordinated and consolidated
26  with the above-captioned consolidated action for all pretrial and trial proceedings;

27  WHEREAS, on April 19, 2011, the *Friedman* action was assigned to Judge Ronald M.
28  Whyte as Case No. 5:11-cv-01875-RMW;

1  WHEREAS the *Friedman* action and the above-captioned consolidated action arise from
2 the same circumstances and allegations, involve common questions of law and fact, and are both
3 currently pending before this Court;
4  WHEREAS counsel for plaintiff Friedman, for plaintiffs in the above-captioned
5 consolidated action, and for Apple have conferred and agree that consolidation of the *Friedman*
6 action with the above-captioned consolidated action is proper;
7  Plaintiffs in the *Friedman* and above-captioned action and defendant Apple, by and
8 through their respective counsel, hereby stipulate that the *Friedman* action shall be consolidated
9 with the above-captioned consolidated action for all purposes pursuant to Fed. R. Civ. P. 42(a)
10 and constitutes a "Later Filed Case" subject to terms of CMO No. 1.
11  IT IS SO STIPULATED.

13 Dated: May 9, 2011

MICHAEL W. SOBOL
ROGER N. HELLER
ALLISON ELGART
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP

By:   /s/ Michael W. Sobol
         MICHAEL W. SOBOL

Attorneys for Plaintiffs

20 Dated:  May 9, 2011

PENELOPE A. PREOVOLOS
ANDREW D. MUHLBACH
STUART C. PLUNKETT
HEATHER A. MOSER
MORRISON & FOERSTER LLP

By:   /s/ Penelope A. Preovolos
         PENELOPE A. PREOVOLOS

Attorneys for Defendant
APPLE INC.

| | | |
|---|---|---|
| 1 | Dated: May 9, 2011 | GAYLE M. BLATT |
| 2 | | CASEY, GERRY, SCHENK, FRANCAVILLA, BLATT & PENFIELD LLP |

By:   /s/ Gayle M. Blatt
        GAYLE M. BLATT

Attorneys for Plaintiff
AARON FRIEDMAN

    I, Penelope A. Preovolos, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with General Order 45, section X.B., I hereby attest that I have on file the concurrences for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

By:   /s/ Penelope A. Preovolos
        Penelope A. Preovolos

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: 5/31/11

*Ronald M. Whyte*
Hon. Ronald M. Whyte
United States District Judge